# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-44731 |
| JACQUELINE ORTIZ, | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | |
| Debtor. | ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **October 20, 2016**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/  Steven R. Radtke  
STEVEN R. RADTKE, TRUSTEE  
Attorney ID No. 0312-4816  
79 WEST MONROE STREET  
SUITE 1305  
CHICAGO IL 60603  
(312) 346-1935

OrtizNFRCrtSrv

# SERVICE LIST
# JACQUELINE ORTIZ, DEBTOR
# CASE NO. 14-44731

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Jacqueline Ortiz
1318 N Bosworth Avenue
APT# B
Chicago, IL 60642

Nicholas J Tepeli
Geraci Law L.L.C.
55 E. Monroe St. Suite 3400
Chicago, IL 60603

Capital One Bank (USA) N.A.
By American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

First National Bank of Omaha
1620 Dodge Street Stop Code 3105
Omaha, NE 68197

Capital Recovery V, LLC
c/o Recovery Management Systems
Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

PYOD, LLC its successors and assigns as
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602


OrtizTFRSrvList

1