# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Jacqueline Ortiz | § § | Case No. 14-44731 |
| Debtor | § § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 67,700.00 *(Without deducting any secured claims)* | Assets Exempt: 16,980.00 |
| Total Distributions to Claimants: 7,248.59 | Claims Discharged Without Payment: 60,009.59 |
| Total Expenses of Administration: 27,751.41 | |

3) Total gross receipts of $ 35,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 35,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 48,095.00 | $ 609.34 | $ 609.34 | $ 609.34 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 27,751.41 | 27,751.41 | 27,751.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,942.00 | 14,593.84 | 14,593.84 | 6,639.25 |
| **TOTAL DISBURSEMENTS** | $ 65,037.00 | $ 42,954.59 | $ 42,954.59 | $ 35,000.00 |

4) This case was originally filed under chapter 7 on 12/16/2014 . The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/20/2016          By: /s/STEVEN R. RADTKE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim with Jack Canon | 1142-000 | 35,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Alphera Financial SERV Attn: Bankruptcy Dept. 5550 Britton Pkwy Hilliard OH 43026 | | 48,095.00 | NA | NA | 0.00 |
| | Blue Cross Blue Shield of Illinois | 4220-000 | NA | 609.34 | 609.34 | 609.34 |
| **TOTAL SECURED CLAIMS** | | | **$ 48,095.00** | **$ 609.34** | **$ 609.34** | **$ 609.34** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 4,250.00 | 4,250.00 | 4,250.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 9.36 | 9.36 | 9.36 |
| Associated Bank | 2600-000 | NA | 48.66 | 48.66 | 48.66 |
| STEVEN R. RADTKE | 3110-000 | NA | 5,812.50 | 5,812.50 | 5,812.50 |
| STEVEN R. RADTKE | 3120-000 | NA | 44.45 | 44.45 | 44.45 |
| Dennis J. Kellogg, Dennis J. Kellogg, P.C. and the law firm of Sheats & Kellogg | 3210-000 | NA | 16,666.67 | 16,666.67 | 16,666.67 |
| Dennis J. Kellogg, Dennis J. Kellogg, P.C. and the law firm of Sheats & Kellogg | 3220-000 | NA | 919.77 | 919.77 | 919.77 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 27,751.41 | $ 27,751.41 | $ 27,751.41 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 909.00 | NA | NA | 0.00 |
| | 3 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 1,336.00 | NA | NA | 0.00 |
| | 7 Syncb/La-Z-Boy Attn: Bankruptcy Dept. Po Box 981439 El Paso TX 79998 | | 1,715.00 | NA | NA | 0.00 |
| 1 | Capital One, N.A. | 7100-000 | 4,337.00 | 4,792.79 | 4,792.79 | 2,180.41 |
| 3 | Capital Recovery V, Llc | 7100-000 | 1,078.00 | 1,649.84 | 1,649.84 | 750.57 |
| 2 | First National Bank Of Omaha | 7100-000 | 5,671.00 | 6,054.38 | 6,054.38 | 2,754.35 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,896.00 | 2,096.83 | 2,096.83 | 953.92 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 16,942.00 | $ 14,593.84 | $ 14,593.84 | $ 6,639.25 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-44731 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Jacqueline Ortiz | | | | Date Filed (f) or Converted (c): | 12/16/2014 (f) |
| | | | | | 341(a) Meeting Date: | 03/30/2015 |
| For Period Ending: | 12/20/2016 | | | | Claims Bar Date: | 12/01/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account with Chase | 0.00 | 0.00 | | 0.00 | FA |
| 2. savings account with Chase | 0.00 | 0.00 | | 0.00 | FA |
| 3. Household goods | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 4. Books, CD's, DVD's, Tapes/Records, Family Pictures | 100.00 | 100.00 | | 0.00 | FA |
| 5. Necessary wearing apparel | 50.00 | 50.00 | | 0.00 | FA |
| 6. Earrings, watch, costume jewelry | 30.00 | 0.00 | | 0.00 | FA |
| 7. Back child suppoprt - Uncollectible, child is 32 | 0.00 | 0.00 | | 0.00 | FA |
| 8. Personal injury claim with Jack Canon | 0.00 | 0.00 | | 35,000.00 | FA |
| 9. Workers Compensation Case with Neuson Law | Unknown | 0.00 | | 0.00 | FA |
| 10. AFS-2006 Bentley Flying Spur - cosigned for ex-boyfriend, lo | 67,700.00 | 67,700.00 | | 0.00 | FA |
| 11. Family Pets/Animals - Dog | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $69,680.00 | $69,650.00 | | $35,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

10/2016 Trustee prepared TFR

Exhibit 8

9/2016 Settlement approved per order of Court

6/2016 Debtor's State court attorney turned over $35,000 of personal injury settlement to Trustee and paid Debtor's exemption of $15,000; Issues remain regarding retention, allowance of compensation and approval of settlement.

2/3/16  PI case still pending

Trustee to employ special counsel to pursue PI case being Case No. 2015 L 6515; Trustee also investigating interest in AFS – 2006 Bentley Flying Spur automobile

Initial Projected Date of Final Report (TFR): 08/31/2017     Current Projected Date of Final Report (TFR): 08/31/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-44731 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: Jacqueline Ortiz | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX6198 |
| | | Checking |
| Taxpayer ID No: XX-XXX1725 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 12/20/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/03/16 | 8 | Dennis J. Kellogg, P.C. Clien Fund Account 105 W. Madison St., #1300 Chicago, IL 60602 | Settlement proceeds | 1142-000 | $35,000.00 | | $35,000.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.66 | $34,951.34 |
| 09/26/16 | 1001 | Dennis J. Kellogg, Dennis J. Kellogg, P.C. and the law firm 105 West Madison Suite 1300 Chicago, IL 60602 | Special Counsel to Trustee Fees per order of Court dated 9/12/16 | 3210-000 | | $16,666.67 | $18,284.67 |
| 09/26/16 | 1002 | Dennis J. Kellogg, Dennis J. Kellogg, P.C. and the law firm 105 West Madison Suite 1300 Chicago, IL 60602 | Special Counsel to Trustee Expenses per order of Court dated 9/12/16 | 3220-000 | | $919.77 | $17,364.90 |
| 09/26/16 | 1003 | Blue Cross Blue Shield of Illinois c/o Health Care Service Corporation 25552 Network Place Chicago, IL 60673-1255 | Payment of lien pursuant to order of Court dated 9/12/16 | 4220-000 | | $609.34 | $16,755.56 |
| 11/30/16 | 1004 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $4,250.00 | $12,505.56 |
| 11/30/16 | 1005 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $9.36 | $12,496.20 |

Page Subtotals: $35,000.00  $22,503.80

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-44731 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: Jacqueline Ortiz | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX6198 |
| | | Checking |
| Taxpayer ID No: XX-XXX1725 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 12/20/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/16 | 1006 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $5,812.50 | $6,683.70 |
| 11/30/16 | 1007 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $44.45 | $6,639.25 |
| 11/30/16 | 1008 | Capital One, N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 45.49 % per court order. | 7100-000 | | $2,180.41 | $4,458.84 |
| 11/30/16 | 1009 | First National Bank Of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Final distribution to claim 2 representing a payment of 45.49 % per court order. | 7100-000 | | $2,754.35 | $1,704.49 |
| 11/30/16 | 1010 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 3 representing a payment of 45.49 % per court order. | 7100-000 | | $750.57 | $953.92 |
| 11/30/16 | 1011 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 45.49 % per court order. | 7100-000 | | $953.92 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $35,000.00 | $35,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $35,000.00 | $35,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $35,000.00 | $35,000.00 |
| Page Subtotals: | $0.00 | $12,496.20 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6198 - Checking | $35,000.00 | $35,000.00 | $0.00 |
|  | $35,000.00 | $35,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $35,000.00 |
| Total Gross Receipts: | $35,000.00 |